UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:                                                              CHAPTER 13

ANDEA L. STEVENS                              CASE NUMBER 06-30431-DOT

    Debtors(s),

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules of Bankruptcy Procedure., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Transferor Name: | Option One Mortgage Corporation |
| Transferee Name: | Quantum Servicing Corporation as Agent for Citigroup Global Markets Realty Corp or Citigroup Global Markets Realty Corp. |
| Notices to transferee should be sent: | 2 Corporate Drive<br>Shelton, CT 06484 |
| Payments to transferee should be sent: | 1 Corporate Drive<br>Suite 360<br>Lake Zurich, IL 60047-8924 |
| Phone: | (210) 302-0159 |
| Last 4 digits of Account #: | 4543 |
| Court Claim #: | 5 |
| Amount of Claim: | $123,510.64 |
| Date Claim filed: | 3/27/2006 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/**ERIC DAVID WHITE**          Date: <u>December 28, 2006</u>

    Transferee/Transferee's Agent

Eric D. White, Esq., VSBN 21346
Michael T. Freeman, Esq., VSBN 65460
Samuel I. White, P.C.
1804 Staples Mill Road, Suite 200
Richmond, Virginia 23230
Tel: (804) 290-4290
Fax: (804) 290-4298
*Counsel for Transferee*

## NOTICE OF TRANSFER OF CLAIM

The above-named Transferee has filed papers with the court stating that a transfer of claim has occurred in the above-referenced Bankruptcy Case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the transfer, then on or before January 17, 2007 you or your attorney must:

- File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1 (H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

> William C. Redden, Clerk of Court
> United States Bankruptcy Court
> 1100 E. Main St. Room 310
> Richmond, VA 23219

  o  You must also mail a copy to:

> Eric David White, Esq.
> Samuel I. White, P.C.
> 1804 Staples Mill Road, Suite 200
> Richmond, Virginia 23230

- Attend the hearing on the transfer to be scheduled at a later date. You will receive a separate Notice of Hearing. **If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order transferring the claim.

> Quantum Servicing Corporation as Agent for Citigroup Global Markets Realty Corp or Citigroup Global Markets Realty Corp.
>
> By:**/s/ERIC DAVID WHITE**
> Of Counsel
> Samuel I. White, P. C.
> Eric David White, Esquire, VSBN 21346
> Michael T. Freeman, Esquire, VSBN 65460
> 1804 Staples Mill Road, Suite 200
> Richmond, VA 23230

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served by regular mail or email this 28th day of December, 2006, all necessary parties including Carl M. Bates, Trustee, P.O. Box 1819, Richmond, VA 23218, Andrew George Adams, III, Esquire, Counsel for Debtor, 100 E. Main Street, Richmond, VA 23219 and Andre L. Stevens, Debtor, 19495 Courtney Road, Hanover, VA 23069.

> **/S/ ERIC DAVID WHITE**
> Samuel I. White, P. C.